[illegible] informant. [illegible] one of them to be Jimmy McMillan, and the other one is going to [be Huey] Shira. There are two other people that were involved in this, the defendant and John Henry Wade. The defendant [is] the only one that is being tried here today. [redacted] Jimmy McMillan contacted [the] Alabama Bureau of Investigation and got the -- gave them information to let them know what was going on, and they started planning around that. He has a prior criminal record. He has three prior crimes, and you will be shown all of those. You will have the opportunity to know that he is a prior criminal. We are contending he is assisting the State in this, and he was the main player that the Alabama Bureau of Investigation used. We will also have Huey Shira, who will also be an informant in this case. He does not have a criminal record. He took a smaller part in it. You will see from the start that the Alabama Bureau of Investigation through McMillan tended to try to control when they met or tried to keep up with when they were planning on doing it because of the dangerousness of these crimes. If they ever let it get out of hand, then someth[ing]