| Alabama Department of Public Safety | BUREAU OF INVESTIGATION | INTERVIEW |

1. NAME (Last, First, Middle): McMillon James Olie
2. FILE NUMBER: 4767

He has hit me with two diffrent deals. One in Atlanta — the Ga man never came threw. It was on some Bonds.

The other in Chicago — the same thing happened.

He then asked me if I knew a good safe man, he told me about Johnny Wade — Wade and Nixon were in together and became friends — Nixon said Wade told him he had a place in Scottsboro that had a million dollars in it. We talked about it for a couple weeks — They ask me if he was good and knew what he was doing. I told him he was good, but busy.

Huey was there, he told them he has a man in Florida —

~~He said~~ We bought a motor from young ~~Johnny Wade in Montgomery~~

So we talked to Johnny Wade then about the

James McMillon

| 17. ACJIC/NCIC CHECK: YES (✓) NO ( ) | 18. FINGERPRINTED YES ( ) NO (✓) BY WHAT AGENCY / PHOTOGRAPHED YES (✓) NO ( ) BY WHAT AGENCY |
| 19. SUBJECT ( ) VICTIM ( ) WITNESS (✓) RIGHTS GIVEN BY: | 20. DATE ENDED: 8-4-88  TIME ENDED: 12:15 PM | 21. INTERVIEW CONDUCTED BY: BOAN |

22. PAGE 1 OF

**Alabama Department of Public Safety**

BUREAU OF INVESTIGATION

SUPPLEME
A1

| 1. SUBJECT OR TITLE | 2. FILE NUMBER |
|---|---|

the job. He wouldn't let Huey go with me to we got off to the job and Nissen told Wade that I had a safe man. The Wade's response was - "If he isn't solid, then we will kill him after the job." I was told by Wade that he has four other in the pit. One of them was in a Pickup or Blazer, one was in a Jeep, one was in a Lincoln. They took a back hoe and crushed the vehicle and buried it in the pit. He didn't tell me where it was. So when we kill him we will put him in the pit.

Wade said he would take $150,000 of the million - (15% finger job)

A few days later, we went to Scottsboro, Ala 24 Nissen, Huey and I went.

We drove up there - It is a long building, on corner Signs says ? intl + Wood Building Supply - Part fenced in, the other side is parking lot. There are a ? of train tracks, the black section is behind it. We circled it about two time - went to Hardee's and eat. We then went to Athens and Nissen called the Sheriff - Nissen said he was gone to camp - Nissen We then came back to Jasper - Nissen talks about robbing, murdering all the time We talked him into waiting for our safe man - He wanted to get another safe man.

Nissen said we can go in and get the w

Alabama Department of **Public Safety**

BUREAU OF INVESTIGATION

SUPPLEME
A

1. SUBJECT OR TITLE

2. FILE NUMBER

and then we get the man to come in and call his wife we could get the money easy that way -

I don't fully trust him, he might do it with[out] telling us.

He says when you put them out, then they have to do it. You then go in and tie the wife up and take a suit case and steal the car. Then go to a motel, exchange suit case and leave car.

He told us about a job on Sand Mountain - He did this with them - Some kind of auto parts ma[n]

Wade said, Isabela Fortesville, her husband are ti[ed]. he had taken a million dollars worth of coins to [   ] He liked to work coin shows - They were easy. You take the collector at the motel, not the [   ]

Nissen said he had to set an airtight alibi. There is a Board meeting Monday in B'ham. He has to there. It will be done next week -

Nissen knew exactly where the Building Supply w[as]

James McMillon