I never saw that motor. I was repeating what we were told according to company records. You all said you had spent $1,700 on an engine.

Q    Thank you.

A    I personally didn't go get it. I personally didn't pay for it.

MR. NISSEN: Your Honor, he answered the question.

THE COURT: Just answer the question.

THE WITNESS: Yes, sir.

Q    Mr. McMillan, you have stated in this statement that you state (is true that we bought the motor. There is a receipt for the motor. The motor was purchased July 11, 1988. At that time were you not in the South Carolina jail in Columbia, South Carolina?

A    I could well have been.

Q    Let me assure you that you were.

MR. VICKERS: I object, your Honor.

THE COURT: Mr. Nissen, you are only allowed to ask questions in the case. I don't want you to comment on his answers. You may ask a question, and that's as far as you are allowed under the rules of evidence.

Q    All right. When you were in Scottsboro, Alabama who told you Mr. Gross's phone number, about Mr. Gross, his name, or anything about him? If I'm not mistaken, I believe -- and I'm asking you a question, Mr. McMillan. Did