exhibit 01

# LEXINGTON COUNTY SHERIFF'S OFFICE
## BOOKING REPORT  H000180

135-06

AGENCY ID
SC0320000    10:30

OFFENDER'S NAME (LAST, FIRST, MIDDLE)
McMILLON JAMES OLLIE    SOCIAL SECURITY NUMBER 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  "R"  WRIST  DOB 12-22-42

AGE 45  HEIGHT 5'00  WEIGHT 300  HAIR BRN  EYES BRN  STATE    ZIP CODE 500  PHONE NUMBER 837-5007  STATE

ADDRESS (NUMBER AND STREET)
300 GULF SHORES DR    DESTIN    FL 325-11    MISS

NAME    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

SELF    SON SMITH BENNIE (SAME)

ARRESTING OFFICER'S NAME    OFFICER ID    CURRENT DATE 07-02-88

HARE CO    LCSO    Mark Hare

CHARGE DISPOSITION  1  HANDLED RELEASED  2  REF FAMILY COURT PROBATION DEPT  3  REF DSS, WELFARE  4  REF OTHER POLICE AGENCY  5  REF GENERAL SESSIONS COURT

IF HOLDING FOR ANOTHER AGENCY, CIRCLE CHARGE - A, B, C

| A | B | C |
|---|---|---|
| A-1  A B947763 | FSS Cdwell Warrant | |
| CONTROL SUBSTANCE + | | |
| COCAIN + MARIJUANA | | |

| DAYS | AMOUNT | DAYS | AMOUNT | DAYS | AMOUNT |
|---|---|---|---|---|---|
| State Served | | | | | |
| Life Probation | | | | | |

ANY KNOWN ALLERGIES  YES  NO  IF YES, WHAT
HISTORY OF HEART DISEASE  YES  NO  DIABETES  YES  NO  EPILEPSY  YES  NO  HIGH BLOOD PRESSURE  YES  NO

NARCOTICS USE  YES  NO  IF YES, WHAT

14586 1625 Nukber    LCSO    NUMBER    AGENCY RELEASED TO  KING

LIST ANY REMARKS BELOW

SIGNATURE OF RECEIVING OFFICIAL  X

Cell # 3-C-10

ADDITIONAL CASE NUMBERS

DEFENDANTS PERSONAL PROPERTY RECEIPT    TOTAL CASH AT TIME OF ARREST →  $  0

| QUANTITY | ITEM | QUANTITY | ITEM |
|---|---|---|---|
| 1 | HOSP PANTS | | |
| 1 | HOSP SHIRT | | |

I HEREBY STATE THAT THE PROPERTY LISTED ABOVE CONSTITUTES ALL CLAIMS TO PROPERTY ON MY PERSON AT THE TIME OF MY ARREST.    A-1 BONDSMAN

James O. McMillon    Mark A Hare
DEFENDANTS SIGNATURE AT TIME OF ARREST    WITNESS

I HEREBY STATE, ON THE DATE OF MY RELEASE, THAT THE ABOVE LISTED PROPERTY WAS RETURNED TO ME IN SATISFACTION OF ALL CLAIMS TO PROPERTY ON MY PERSON AT THE TIME OF MY ARREST.

X  James McMillon