*Exhibit II*

FILED

IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

RECEIVED
OCT 9 1997
FEDERAL DEFENDERS
MIDDLE DISTRICT OF AL

OCT 8 1997

THOMAS C. CAVER, CLERK

BY _____
DEPUTY CLERK

DONALD JAMES NISSEN,          )
                              )
        Petitioner,           )
                              )
        v.                    )    CIVIL ACTION NO. 93-T-351-N
                              )
CHARLIE JONES, et al.,        )
                              )
        Respondents.          )

<u>ORDER</u>

Upon consideration of the application for a certificate of probable cause pursuant to 28 U.S.C.A. § 2253 filed by petitioner Donald James Nissen on October 6, 1997, it is ORDERED that said application is granted and probable cause is certified..

In April of 1996, 28 U.S.C.A. § 2253 was amended by the Antiterrorism and Effective Death Penalty Act of 1996 (AEDPA), Pub. L. No. 104-132, 120 Stat. 1214 (1996) (effective April 24, 1996), to require that a "certificate of appealability," rather than a "certificate of probable cause" be obtained by a petitioner before the petitioner may pursue an appeal in a habeas corpus proceeding. The certificate of appealability requires the prisoner to make a "substantial showing of the denial of a constitutional right." 28 U.S.C.A. § 2253(c)(2). Under the certificate of probable cause requirement, the prisoner was required to make a "substantial showing of the denial of [a] federal right." <u>Barefoot v. Estelle</u>, 463 U.S. 880, 893, 103 S. Ct. 3383, 3394 (1983).