testimony at petitioner's trial, and ineffective assistance of counsel. The certificate of probable cause is therefore granted.

DONE, this the 8th day of October, 1997.

*[signature]*
UNITED STATES DISTRICT JUDGE