IN THE UNITED STATES DISTRICT COURT FOR

THE MIDDLE DISTRICT OF ALABAMA

**AFFIDAVIT IN SUPPORT OF REQUEST**
**TO PROCEED IN FORMA PAUPERIS**

RECEIVED

2005 AUG -1  A 9: 10

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DIST. ALA

Donald James Nissen
Plaintiff(s)

CA: 05CV705-F

vs.

State of Alabama
Defendant(s)

I, Donald James Nissen #116562, being first duly sworn, depose and say that I am the plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief. I recognize that I may be prosecuted for any false statement which I may make herein.

I further swear that the responses which I have made to questions and instructions below is true.

1. Are you presently employed?     YES ( )   NO (X)

    A. If the answer is YES, state the amount of your salary or wages per month, and give the name and address of your employer.
    ~~1988 $200 wk for 8 weeks Alon Bollenger PO Box 96 Sumiton Al~~

    B. If the answer is NO, state the date of last employment and the amount of salary and wages per month which you received.
    1988  $200 wk  800 00 mo for 2 mo.
    Alon Bollenger PO Box 96 Sumiton Al

2. Have you received within the past twelve months any money from any of the following sources?

    A. Business, profession or form of self-employment?  YES ( )  NO (X)
    B. Rent payments, interest or dividends?  YES ( )  NO (X)
    C. Pensions, annuities or life insurance payments?  YES ( )  NO (X)
    D. Gifts or inheritances?  YES ( )  NO (X)
    E. Any other sources?  YES (X)  NO ( )


SCANNED
8/1/05

If the answer to any of the above is YES, describe each source of money and state the amount received from each during the past twelve months.
Approx 250⁰⁰ from friends in last 2 years

3. Do you own cash, or do you have money in a checking or savings account? [Include any funds in prison accounts.]    YES (X)    NO ( )

   If the answer is YES, state the total value of the items owned.
   $ 3.00

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property [excluding ordinary household furnishings and clothing]?    YES ( )    NO (X)

   If the answer is YES, describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons and indicate how much you contribute toward their support. _____

_Donald Nissen_
Signature of Affiant

STATE OF ALABAMA    )
COUNTY OF __Bullock__ )

Before me, a notary public in and for said County, in said State, personally appeared __Donald James Nissen__, whose name is signed to the foregoing complaint, who being duly sworn, deposes on oath and says:
That the information set forth in the foregoing affidavit is true and correct to the best of his knowledge and belief.

_Donald James Nissen_
Signature of Affiant

Sworn to and subscribed before me this __20th__ day of __July__, __2005__.

_Anie L. Anthony_
Notary Public  NOTARY PUBLIC STATE OF ALABAMA AT LARGE
             MY COMMISSION EXPIRES: Mar 18, 2007
__Bullock__ County, Alabama

OR

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ .
             (date)

_____
Signature of Affiant

### CERTIFICATE

I hereby certify that the plaintiff herein has the sum of $ 3.09 on account to his credit at the BULLOCK COUNTY CORR. FACILITY institution where he is confined. I further certify that plaintiff likewise has the following securities to his credit according to the records of said institution:

_____
_____
_____

I further certify that he has had the average sum on account at this institution as of the first day of each month of the immediate preceding months (not to exceed six (6) months).

1. $ _See Attached_____ on the 1st day of _____
2. $ _____ on the 1st day of _____
3. $ _____ on the 1st day of _____
4. $ _____ on the 1st day of _____
5. $ _____ on the 1st day of _____
6. $ _____ on the 1st day of _____

_Patsy Faulkner_
Authorized Officer of Institution
BULLOCK COUNTY CORR. FACILITY

DATE 7/27/2005

JUL-27-2005 11:34  FROM:ST CLAIR CORRECTIONA 205-467-3299     TO:13347385601     P:2/2

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
ST. CLAIR CORR FACILITY

AIS #: 116562     NAME: NISSEN, DONALD JAMES              AS OF: 07/27/2005

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS | |
|---|---|---|---|---|
| JUL | 4  | $0.29  | $0.00   | |
| AUG | 31 | $0.29  | $0.00   | |
| SEP | 30 | $0.29  | $0.00   | |
| OCT | 31 | $0.29  | $0.00   | |
| NOV | 30 | $0.29  | $0.00   | |
| DEC | 31 | $0.29  | $0.00   | |
| JAN | 31 | $0.29  | $30.00  | |
| FEB | 28 | $4.04  | $75.00  | |
| MAR | 31 | $0.30  | $155.00 | — Never recieved |
| APR | 30 | $19.28 | $0.00   | Sent to Sender |
| MAY | 31 | $0.40  | $0.00   | |
| JUN | 30 | $0.20  | $0.00   | |
| JUL | 27 | $0.00  | $0.00   | |

JUL-27-2005  WED 11:14    TEL:334-738-5601         NAME:BULLOCK CO. CORRECTIONAL FAC  P. 2

```
                    STATE OF ALABAMA
                 DEPARTMENT OF CORRECTIONS
                BULLOCK CORRECTIONAL FACILITY


AIS #: 116562      NAME: NISSEN, DONALD           AS OF: 07/27/2005

                 # OF      AVG DAILY      MONTHLY
        MONTH    DAYS       BALANCE       DEPOSITS
---------------------------------------------------------------
        JUL       4          $0.00         $0.00
        AUG      31          $0.00         $0.00
        SEP      30          $0.00         $0.00
        OCT      31          $0.00         $0.00
        NOV      30          $0.00         $0.00
        DEC      31          $0.00         $0.00
        JAN      31          $0.00         $0.00
        FEB      28          $0.00         $0.00
        MAR      31          $0.00         $0.00
        APR      30          $0.00         $0.00
        MAY      31          $0.00         $0.00
        JUN      30         $12.80        $70.25
        JUL      27         $10.29        $24.60
```

*[handwritten: — 40.25]*

*[handwritten: Note my last bal. was $3.09]*

```
                        STATE OF ALABAMA
                     DEPARTMENT OF CORRECTIONS
                   BULLOCK CORRECTIONAL FACILITY
JUL. 07, 2005           INMATE DEPOSITS          RECEIPT#: 2005015286

RECEIVED OF: NISSEN, DONALD        AIS#: 116562    BED ID: D16050
    $2.69    PREVIOUS BALANCE   DEPOSIT SENT BY:  INST. TRANSFER
    $0.40    NET DEPOSIT        DEPOSIT DOCUMENT: IN. TRANSFER CK
    $0.00    C.O.P. DEDUCTED    CASE#:    N/A        DOC.#: 32396/ST CLAIR
    $0.00                       CASE#:    N/A     MAIL LOG#: N/A

    $3.09    CURRENT BALANCE    POSTED BY: PATSY FAULKNER
```