IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Donald James Nissen
  Petitioner

v.                                         CIVIL ACTION Number:

Arnold Holt et. al.                        2:05-CV-705-F
  Respondents

MOTION FOR Appointment of Legal Counsel:

Comes now the Petitioner and moves this Honorable Court to appoint Petitioner Legal Counsel for the following reasons.

1. Petitioner is not learned in law

2. Petitioner is 73 years old has cancer, heart problems and believes that assistance of an attorney will expidate his action, Petitioner has now been in prison for over 17 years for a crime he did not commit and convicted with perjured testimony.

3. Petitioner would request an early hearing because of his age and medical condition so that he might get to see teen aged grandchildren who he has never seen.

1

*Donald James Nissen*
Respectfully Submitted
Donald James Nissen
116562    13-48
P.O. Box  5107
Union Springs Al
        36089

I declare under penalty of perjury that the foregoing is true and correct.

6 Aug 2005                              *Donald James Nissen*

2