IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2005 AUG 10 ⋯ 52
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Donald James Nissen
  Petitioner
v.                                    Civil Action No
Arnold Holt et al              2:05CV-705-F
  Respondents

ANSWER TO RECOMMENDATION OF MAGISTRATE JUDGE

1. Petitioner states that his habeas Corpus Petition is Not Successive, but a habeas Corpus with New evidence.

2. Petitioner's 1997 habeas corpus accused McMillon of perjury, however after the 1997 ruling Petitioner obtained evidence that McMillon was in jail in South Carolina when he testified that he was in Montgomery County Ala on July 11, 1985 (see exhibits attached to habea corpus.)

3. The Magistrate states in his recommendation Dated 4 Aug 2005 Page 2 Para 2 "Nothing has changed since Nissen's last habeas application"
   This is untrue as Petitioner has presented New evidence that McMillon committed perjury because

1

he was in jail in South Carolina on 11 July 1988 when he testified we planned the crime I stand convicted of at trial and in the 1997 habeas corpus action Petitioner did not have this proof nor was it presented to this court.

Mc Millon who was in jail under $100,000 bond for conspiracy to distribute cocain and marijuana was given a 2 year probation and he had previous drug convictions.

Petitioner feels this is why Mc Millon committed perjury against Petitioner to get the probation

Petitioner is not learned in law, but was under the impression that new evidence was grounds for a hearing.

Respectfully Submitted
Donald James Nissen

I declare under penalty of perjury that the foregoing is true and correct

9 Aug 2005

Donald James Nissen

2