IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | | |
|---|---|---|
| DONALD JAMES NISSEN, #116562, | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | CASE NO. 2:05-cv-705-F |
| | ) | |
| ARNOLD HOLT, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

(1) The petitioner's Objections to the Magistrate Judge Recommendation (Doc. #7 filed on August 10, 2005 are overruled;

(2) The Recommendation of the United States Magistrate Judge entered on August 4, 2005 (Doc. #4) is adopted;

(3) The 28 U.S.C. § 2254 petition for habeas corpus relief filed by Donald James Nissen on July 27, 2005 is DENIED.

(4) This cause of action is DISMISSED in accordance with the provisions of 28 U.S.C. § 2244(b)(3)(A) as the petitioner has failed to obtain the requisite order from the Eleventh Circuit Court of Appeals authorizing this court to consider a successive habeas

application.[1]

DONE this 31st day of August, 2005.

          /s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] The court notes that any § 2254 petition filed by the petitioner is likewise subject to the one-year period of limitation contained in 28 U.S.C. § 2244(d)(1). Moreover, the court finds that there are no circumstances present in this case which "would entitle [Nissen] in the interest of justice to transfer [pursuant to 28 U.S.C. § 1631] or stay . . . because the limitations period had already expired before he filed" the instant habeas action. *Guenther v. Holt*, 173 F.3d 1328, 1330-1331 (11th Cir. 1999).