IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

DONALD JAMES NISSEN, #116562,     )
                                  )
    Petitioner,               )
v.                                )    CASE NO. 2:05-cv-705-F
                                  )
ARNOLD HOLT, *et al.*,            )
                                  )
    Respondents.              )

# **FINAL JUDGMENT**

Upon consideration of the prior proceedings, opinions and orders entered in this case,

it is

ORDERED and ADJUDGED that judgment is  entered in favor of the respondents

and against the petitioner and that this action is dismissed.

DONE this 31st day of August, 2005.


                        /s/ Mark E. Fuller
                    CHIEF UNITED STATES DISTRICT JUDGE